OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST-CLASS

UNITED STATES POSTAGE

26⁶

02 1M
0004279
MAILED

2015

78701

1/5/2015

CANTU, ROBERT      Tr. Ct. No. 2008CR11212-W1      82,642-02

On this day, the application for 11.07 Writ of Habeas Co       en received
and presented to the Court.

Acos



Rts
unable to
ID

ROBERT CA
CLEMEN

E F